# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | |
|---|---|
| MAMIE CHISM, Deceased, by and through MARGARET BAILEY, LUTHER GREER, JR., HAROLD HILL, and CHARLES LUSTER, Deceased, by and through ARADELLA LUSTER, | Plaintiffs |
| vs. | Case No.: 3:07cv136-NBB-EMB |
| | JURY TRIAL DEMAND |
| MERCK & CO., INC., | Defendant |

## ORDER GRANTING STAY PENDING TRANSFER DECISION
## BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**THIS CAUSE** came before the Court on the motion of Defendant Merck & Co. Inc. to stay all pre-trial proceedings in this action, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657), the proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability cases involving alleged health risks from Vioxx®. The Court, having considered the motion and the entire record in the cause, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that all pre-trial proceedings in this action shall be stayed, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657).

This, the 4th day of December, 2007.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE